UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re

FAIRFIELD SENTRY LIMITED, et al.,

                                Debtors,

Chapter 15

Case No. 10-13164 (BRL)

------------------------------------- x

FAIRFIELD SENTRY LIMITED et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,

                                Plaintiffs,

                      v.

BANQUE SAFRA LUXEMBOURG SA and Beneficial Owners of the Accounts Held in the Name of Banque Safra Luxembourg SA 1-1000,

                                Defendants.

Adv. No. 10-03872 (BRL)

------------------------------------- x

## MOTION OF BANQUE SAFRA LUXEMBOURG TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

        Defendant Banque Safra Luxembourg SA ("BSL") respectfully moves the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of Bankruptcy Court, withdrawing the reference of this proceeding to the Bankruptcy Court, for the reasons set forth in the Memorandum of Law in Support of Banque Safra Luxembourg's Motion to Withdraw the Reference to the Bankruptcy Court and the Declaration of Lindsay M. Manning in Support of Banque Safra Luxembourg's Motion to Withdraw the Reference to the Bankruptcy Court, subscribed to November 16, 2010, submitted herewith.

WHEREFORE, BSL respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: November 16, 2010
      New York, New York

/s/ Robinson B. Lacy
Robinson B. Lacy
Joshua Fritsch
Lindsay M. Manning
Yavar Bathaee
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

*Attorneys for Defendant Banque Safra Luxembourg SA*